# United States District Court

_____SOUTHERN_____ DISTRICT OF _____TEXAS_____

McALLEN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL COMPLAINT

Juan CALDERON-Aleman   Case Number: 7:15-po- 0794

YOB: 1974
POB: Mexico
*Name and Address of Defendant*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 10, 2014__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On September 14, 2015, Juan CALDERON-Aleman was encountered by Immigration Officers at the Weslaco City Jail in Weslaco, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on November 5, 2015. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about February 10, 2014 by wading the Rio Grande River at or near Progreso, Texas.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/   **Juan Lopez**

Sworn to before me and subscribed in my presence,  Printed Name of Complainant

**November 6, 2015**                         at   **McAllen, Texas**
Date                                               City and State

**Peter E. Ormsby, U.S. Magistrate Judge**
Name and Title of Judicial Officer                 Signature of Judicial Officer